# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIX SPECIALTY INSURANCE COMPANY, a corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLECK CONSTRUCTION, INC., and DOES 1–10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:13-cv-00981-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

　　　　On June 28, 2013, Plaintiff AIX Specialty Insurance Company filed suit against Defendant Fleck Construction, Inc. (ECF No. 1.) On July 24, 2013, the parties filed a Joint Stipulation that extended Defendant's time to answer the complaint to August 23, 2013. (ECF No. 6.) On August 29, 2013, the parties filed a second stipulation to extend Defendant's time to answer the complaint, which the Court denied on September 3, 2013. (ECF Nos. 7–8.) As of the date of this Order, there has been no response by Defendant.

　　　　The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing by **Friday, February 7, 2014**, why Plaintiff has not moved for entry of default with the Clerk. No hearing will be held. Failure to timely respond will result in dismissal for lack of prosecution.

　　　　**IT IS SO ORDERED.**

February 3, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**